UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  8:25-cv-01741-HDV-JC                                    Date: December 12, 2025

Title   Nicole Aragon v. City of Tustin, et al.

---

Present: The Honorable:  **Hernán D. Vera, United States District Judge**

|  Daniel Torrez  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):  Order Dismissing Action Without Prejudice**

On August 7, 2025, Plaintiff filed a Civil Rights Complaint and a Request to Proceed In Forma Pauperis ("IFP request").  [Dkts. 1, 5].

On September 15, 2025, the Court postponed a ruling on the IFP request because Plaintiff had not answered all the questions on the request and had not used Form CV-60.  [Dkt. 7].  The Court ordered Plaintiff to file another IFP request or pay the filing fee in 30 days.  *Id*.  On October 15, 2025, Plaintiff filed a second IFP request.  [Dkt 8].

On November 3, 2025, the Court again postponed a ruling on the IFP request.  [Dkt. 9].  In her second IFP request, Plaintiff had reported receiving $290 per month while reporting average monthly expenses totaling $1,240, with no apparent explanation for this discrepancy.  *Id*.  The Court ordered Plaintiff to file another IFP request (with an explanation for any inconsistent answers about her financial circumstances) or pay the filing fee in 30 days.  *Id*.  The Court warned Plaintiff that the failure to comply with the order would result in the dismissal of this action without prejudice.  *Id*.

As of this date, more than 30 days later, Plaintiff has not filed another IFP request, paid the filing fee, or communicated with the Court.  Accordingly, this case is dismissed without prejudice.

|  | : |
|---|---|
| **Initials of Preparer** | DT |